JS 6

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ABG TAPOUT, LLC, a Delaware Limited Liability Company,<br><br>    Plaintiff,<br><br>  v.<br><br>ULTIMATE ACCESSORY GROUP, LLC, a Missouri Limited Liability Company,<br><br>    Defendant. | Case No. 2:13-cv-01491-DSF-AN<br><br>**Honorable Dale S. Fischer**<br><br>**ORDER DISMISSING ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41** |
| ULTIMATE ACCESSORY GROUP, LLC, a Missouri Limited Liability Company,<br><br>    Counterclaimant,<br><br>  v.<br><br>ABG TAPOUT, LLC, a Delaware Limited Liability Company,<br><br>    Counter-defendant. | |

1. Having reviewed the Stipulation To Dismiss Action Pursuant to Federal Rule of Civil Procedure 41 filed by Plaintiff and Counter-Defendant ABG TAPOUT, LLC and Defendant and Counterclaimant ULTIMATE ACCESSORY GROUP, LLC, and good cause having been shown, it is ORDERED that:

The above-captioned action is dismissed with prejudice and with each party bearing its own costs, including attorneys' fees.

IT IS SO ORDERED.

Dated: 3/18/14

Dale S. Fischer
United States District Court Judge